IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO RAMON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KERN HIGH SCHOOL DISTRICT, ) <br> et al., ) <br> ) <br> Defendants ) <br> _____ ) | CV F 02 5619 AWI LJO <br><br> ORDER EXONERATING <br> APPELLATE BOND |

    In this civil action Plaintiffs Angelo Ramon, Melinda Ramon, and Diana Ramon ("the Ramons") sought an award of attorneys' fees and costs pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400, et seq.  The Ramons appealed this court's award of attorneys' fees and costs, and on appeal the Ninth Circuit found the Ramons were due fees above those awarded by this court.  The court required the Ramons to post an appellate bond in the amount of $250.00.  The appeal having been resolved, IT IS HEREBY ORDERED that the appellate bond is EXONERATED.

IT IS SO ORDERED.

Dated:   July 25, 2005                /s/ Anthony W. Ishii    
0m8i78                                               UNITED STATES DISTRICT JUDGE